15

United States District Court
Southern District of Texas
ENTERED

JUL 1 5 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED

JULY 6, 1998

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| FAUSTO MONTALVO, JR. | § | |
| Plaintiff, | § | |
| | § | |
| | § | CIVIL ACTION NO. B-97-243 |
| | § | (JURY REQUESTED) |
| VS. | § | |
| | § | |
| | § | |
| AUSTIN POWDER COMPANY & | § | |
| AUSTIN STAR DETONATOR | § | |
| COMPANY | § | |
| Defendants | § | |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO FILE THEIR UNOPPOSED MOTION TO EXTEND THE COURT'S DEADLINES OUT OF TIME

BE IT REMEMBERED that on this day came on for consideration of Defendants' Unopposed Motion to File Their Unopposed Motion to Extend the Court's Deadlines Out of Time in the above referenced cause of action. Upon consideration of said motion, the Court is of the opinion that same should be GRANTED;

IT IS THEREFORE ORDERED, ADJUDGED and DECREED, that Defendants are permitted to file their Unopposed Motion to Extend the Court's Deadlines Out of Time in the above referenced matter.

SIGNED for entry on 6 July, 1998.

_____
UNITED STATES MAGISTRATE JUDGE