17

United States District Court
Southern District of Texas
ENTERED

JUL 2 1 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
FILED

JUL 17 1998

Michael N. Milby, Clerk of Court

FAUSTO MONTALVO, JR.          §
                              §
VS.                           §         CIVIL ACTION NO. B-97-243
                              §
AUSTIN POWDER COMPANY, ET AL. §

TYPE OF CASE:     __X__ CIVIL            ____ CRIMINAL

TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

STATUS CONFERENCE
(WILL NOT BE NECESSARY IF ALL SETTLEMENT DOCUMENTS HAVE BEEN FILED)

PLACE:                                          ROOM NO.:

UNITED STATES FEDERAL COURTHOUSE                SECOND FLOOR COURTROOM, 32
500 E. 10TH STREET
BROWNSVILLE, TEXAS                              DATE AND TIME:

                                                AUGUST 19, 1998 AT 2:00 P.M.

                                                _____
                                                JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   JULY 17, 1998

TO:     MR. IVAN ANDARZA
        MR. EDIBERTO TREVINO
        MR. BRADLEY SHERMAN