19

United States District Court
Southern District of Texas
ENTERED

AUG 1 2 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 2 1998

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| FAUSTO MONTALVO, JR. | § | |
| Plaintiff, | § | |
| | § | |
| | § | CIVIL ACTION NO. B-97-243 |
| | § | (JURY REQUESTED) |
| VS. | § | |
| | § | |
| | § | |
| AUSTIN POWDER COMPANY & | § | |
| AUSTIN STAR DETONATOR | § | |
| COMPANY | § | |
| Defendants | § | |

## AGREED ORDER OF DISMISSAL

Be it remembered on this day came on to be considered the above-entitled

numbered matter wherein Fausto Montalvo, Jr. is the Plaintiff and Austin Powder

Company and Austin Star Detonator Company are named Defendants.   Upon

consideration of the announcement of the parties informing the Court that this matter has

been compromised and settled, the Court is of the opinion that a Dismissal should be

granted.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff

Fausto Montalvo, Jr.'s causes in the above-referenced matter against Defendants Austin

Powder Company and Austin Star Detonator Company be and are hereby DISMISSED

with prejudice.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that taxable costs of

court incurred to date by Plaintiff and Defendants be paid by party incurring same as

1

previously agreed to by these parties.  All other relief not expressly granted herein, is DENIED.

Signed on this _12TH_ day of _AUGUST_ , 1998.

_____
~~UNITED STATES DISTRICT JUDGE~~

**JOHN WM. BLACK
U.S. MAGISTRATE JUDGE**

APPROVED AND AGREED TO BY:

_____
Ivan A. Andarza, Attorney for Plaintiff

_____
Eddie Treviño, Jr., Attorney for Defendants

2